UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOHN KRISTIAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 2:19-cv-07816-JFW-SHK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Complaint, the relevant records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge. Electronic Case Filing Number ("ECF No.") 1, Complaint; ECF No. 10, R&R. Plaintiff has not objected to the R&R. Good cause appearing, the Court accepts the findings and recommendation of the Magistrate Judge. IT IS THEREFORE ORDERED that Judgment be entered **DISMISSING** this case without prejudice. Also, because the case is dismissed, Plaintiff's Request to Proceed In forma Pauperis [ECF No. 3] is **DENIED** as moot.

Dated: December 11, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE JOHN F. WALTER
　　　　　　　　　　　　　　　　　　　United States District Judge