JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOHN KRISTIAN,<br><br>              Plaintiff,<br><br>     v.<br><br>SOCIAL SECURITY,<br><br>              Defendant. | Case No. 2:19-cv-07816-JFW-SHK<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and the Recommendation of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this case is **DISMISSED** without prejudice.

Dated: December 11, 2019

                                                      HONORABLE JOHN F. WALTER
                                                      United States District Judge